# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00182-CV

## In re J. D.

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's filing, which we treat as a petition for writ of mandamus based on the substance of his filing, is denied. *See* Tex. R. App. P. 52.8(a); *see also Surgitek, Bristol-Myers Corp. v. Abel*, 997 S.W.2d 598, 601 (Tex. 1999) (considering the substance of pleading rather than form or caption to determine its nature).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: April 14, 2022